In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00490-CR


____________________



KELCI DANNETTE ALLEN, Appellant



V.



THE STATE OF TEXAS, Appellee


 




On Appeal from the County Court at Law No. 1


Montgomery County, Texas


Trial Cause No. 07-229874 






MEMORANDUM OPINION



 We have before the Court a motion from the appellant, Kelci Dannette Allen, to
dismiss her notice of appeal. See Tex. R. App. P. 42.2. The appellant and her attorney of
record both signed the request, and the appellant filed the motion before we issued our
opinion on appeal. We grant the motion and dismiss the appeal.

 APPEAL DISMISSED.

 

 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered January 7, 2009

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.